**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00435-REB-MEH

ESOFT, INC. a Delaware corporation,

    Plaintiff,

v.

BARRACUDA NETWORKS, INC., a Delaware corporation,

    Defendant.

---

MINUTE ORDER[1]

---

    Astaro Corporation's Motion for Leave to File an Opposition to eSoft, Inc.'s Motion for Consolidation Three Days Late [#31], filed June 15, 2006, is GRANTED and Astaro Corporation's Opposition to eSoft, Inc.'s Motion for Consolidation [#32] is accepted for filing.

Dated: June 16, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.