**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-00435-REB-MEH

eSOFT, INC., a Delaware corporation

       Plaintiff,

v.

BARRACUDA NETWORKS, INC., a Delaware corporation.,

       Defendant.

## ORDER DENYING MOTION TO CONSOLIDATE

**Blackburn, J.**

      Before me is **Plaintiff's Motion to Consolidate** [#14], filed May 22, 2006.  I deny the motion.

      By this motion, plaintiff seeks to consolidate six separate patent infringement cases it has filed in this district.  As the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial, the issue of whether to consolidate these matters falls to me for determination.  *See* **D.C.COLO.LCivR** 42.1.  The determination whether to consolidate cases is governed by Rule 42(a) of the Federal Rules of Civil Procedure, which provides pertinently:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

FED.R.CIV.P. 42(a).  The purpose of the rule is to allow the court "to decide how cases on its docket are to be tried so that the business of the court may be dispatched with expedition and economy while providing justice to the parties."  *Breaux v. American Family Mutual Insurance Co.,* 220 F.R.D. 366, 367 (D. Colo. 2004) (quoting 9 CHARLES ALAN WRIGHT & ARTHUR R. MILLER, **FEDERAL PRACTICE AND PROCEDURE** § 2381 at 427 (2nd ed. 1995)).  The decision whether to consolidate cases is committed to the sound discretion of the trial court.  *Shump v. Balka*, 574 F.2d 1341, 1344 (10th Cir. 1978).

Plaintiff has failed to carry its burden to prove that consolidated discovery would promote a just or efficient result in these cases.  Nor does Rule 42 contemplate the type of piecemeal consolidation that would allow a consolidated claims construction hearing and determination in the absence of consolidation for all pretrial purposes.

**THEREFORE IT IS ORDERED** that **Plaintiff's Motion to Consolidate** [#14], filed May 22, 2006, is **DENIED**.

Dated August 9, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**