IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00435-REB-MEH

eSOFT, INC., a Delaware corporation,

       Plaintiff,

v.

BARRACUDA NETWORKS, INC., a Delaware corp.,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 25, 2006.**

      Based upon the parties' agreement, and the entire record herein, Defendants' Joint Motion for Entry of Protective Order [Filed August 25, 2006; Docket #45] is **granted**. The Court will sign the Stipulated Protective Order and enter it on the record.

      In addition, Defendant's Motion for Entry of Protective Order [Filed August 3, 2006; Docket #39] is **denied** as moot.