IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00435-REB-MEH

eSOFT, INC., a Delaware corporation,

       Plaintiff,

v.

BARRACUDA NETWORKS, INC., a Delaware corp.,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 1, 2006.**

Defendant's Joint Motion to Amend Scheduling Order [Filed August 30, 2006; Docket #49] is **granted** in part and **denied** in part. The Scheduling Order and deadlines are modified as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | January 8, 2007 |
| Expert Witness Disclosures: | January 29, 2007 |
| Rebuttal Expert Disclosures: | February 12, 2007 |
| Expert Discovery Cut-Off: | March 23, 2007 |
| Dispositive Motion Deadline: | April 5, 2007 |

The Settlement Conference scheduled for November 17, 2006, is **vacated** and **rescheduled** to **January 23, 2007 at 1:30 p.m.** Confidential settlement statements are to be submitted by January 16, 2006.

The Final Pretrial Conference scheduled for April 17, 2007, is **vacated** and **rescheduled** to Tuesday, **June 12, 2007 at 9:30 a.m.** The Proposed Pretrial Order is to be submitted by June 5, 2006.

The parties also request that the deadline for Motions raising issues under Fed. R. Evid. 702 be reset. This request is **denied** without prejudice. Because this deadline was set by District Judge Blackburn, the parties must request this modification in a separate motion.