**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 06-cv-00435-REB-MEH

ESOFT, INC. a Delaware corporation,

     Plaintiff,

v.

BARRACUDA NETWORKS, INC., a Delaware corporation,

     Defendant.

---

MINUTE ORDER[1]

---

     The Joint Motion to Amend Trial Preparation Conference Order [#53], filed September 11, 2006, is GRANTED.  The deadline for the filing of Rule 702 motions shall be **March 12, 2007**.

Dated:  September 12, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.