IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00441-REB-MEH

eSOFT, INC., a Delaware corporation,

        Plaintiff,

v.

BARRACUDA NETWORKS, INC., a Delaware Corporation,

        Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 14, 2006.**

      The Joint Motion to Amend Scheduling Order [Filed November 9, 2006; Docket #57] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Fact discovery deadline: | March 5, 2007 |
| Expert disclosure deadline: | March 2, 2007 |
| Rebuttal expert disclosures: | March 23, 2007 |
| Expert discovery deadline: | April 16, 2007 |
| Dispositive Motion deadline: | May 10, 2007 |

      No further extensions will be granted absent exceptional cause.