IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00435-REB-MEH

eSOFT, INC., a Delaware corporation,

       Plaintiff,

v.

BARRACUDA NETWORKS, INC., a Delaware corp.,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 22, 2006.**

     Defendant's Unopposed Motion to Amend Answer, Affirmative Defenses, Counterclaims and Jury Demand [Filed December 20, 2006; Docket #63] is **granted**. The Clerk of the Court is directed to docket Defendant's Amended Answer and Counterclaims Docket #63-2.