IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00435-REB-MEH

eSOFT, INC., a Delaware corporation,

       Plaintiff,

v.

BARRACUDA NETWORKS, INC., a Delaware corp.,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 5, 2007.**

To avoid expense while Defendant's Motion to Stay is pending before District Judge Blackburn, Plaintiff's Joint Motion to Amend Scheduling Order [Filed February 5, 2007; Docket #73] is **granted** in part and **denied** in part. The Scheduling Order and deadlines are modified as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | April 20, 2007 |
| Expert Witness Disclosures: | March 9, 2007 |
| Rebuttal Expert Disclosures: | March 30, 2007 |
| Expert Discovery Cut-Off: | April 20, 2007 |

The parties also request that the deadline for Motions raising issues under Fed. R. Evid. 702 be reset. This request is **denied** without prejudice. Contrary to the parties' assertion, this deadline was set by District Judge Blackburn, and the parties must request this modification in a separate motion.