**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00435-REB-MEH

ESOFT, INC. a Delaware corporation,

    Plaintiff,

v.

BARRACUDA NETWORKS, INC., a Delaware corporation,

    Defendant.

**ORDER GRANTING DEFENDANT'S MOTION TO STAY
PENDING OUTCOME OF *INTER PARTES*
REEXAMINATION PROCEEDINGS**

**Blackburn, J.**

The matter before me is defendant **Barracuda's Motion To Stay Pending Outcome of *Inter Partes* Reexamination Proceedings** [#70], filed January 23, 2007. By its response ([#77], filed February 9, 2007), plaintiff joins in the motion and agrees to a stay of this case in order to conserve judicial resources, avoid the possibility of inconsistent rulings, and expedite adjudication of its patent rights.

Although the parties have requested a stay of the proceedings, it appears that the issues raised by this case may well be definitively adjudicated either in the reexamination proceedings or in a related lawsuit, ***see eSoft, Inc. v. Blue Coat Systems, Inc.***, 06-cv-00442-EWN-PAC. I, thus, will exercise my discretion pursuant to D.C.COLO.LCivR 41.2 to administratively close this case subject to reopening for good cause.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant **Barracuda's Motion To Stay Pending Outcome of *Inter Partes* Reexamination Proceedings** [#70], filed January 23, 2007, is **GRANTED**; and

2. That the Clerk of the Court is hereby **DIRECTED** to administratively close this case pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause.

Dated February 9, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**